# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

137237 & (28)(29)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONCERNED CITIZENS OF ACME TOWNSHIP,
     Plaintiff,

v

ACME TOWNSHIP and ACME TOWNSHIP
BOARD OF TRUSTEES,
     Defendants/Third-Party Plaintiffs/
     Counter-Defendants/Appellees,

v

VILLAGE AT GRAND TRAVERSE, LLC,
     Intervening Defendant/Third-
     Party Defendant/Counter-Plaintiff/
     Third-Party Plaintiff,

and

MEIJER, INC.,
     Intervening Defendant/Third-
     Party Defendant/Counter-Plaintiff/
     Third-Party Plaintiff/Appellant,

and

ACME TOWNSHIP PLANNING COMMISSION,
WILLIAM KURTZ, ERICK TAKAYAMA,
H. WILLIAM BOLTRES, FRANK ZARAFONITIS,
CLARE DAVID, RONALD HARDIN, and
JOHN PULCIFER,
     Third-Party Defendants,

and

ROBERT CARSTENS,
     Third-Party Defendant-Appellee.
_____/

SC: 137237
COA: 286796
Gd Traverse CC: 05-024483-CH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

p1020